UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
CHADD WILLIAMS,

              Plaintiff,

      v.

NASSAU COUNTY CORRECTIONAL CENTER
and SHERIFF SPOSATO,

             Defendants.
---------------------------------------------------------------

**ORDER**
17-CV-4689 (MKB) (SJB)

MARGO K. BRODIE, United States District Judge:

      Plaintiff Chadd Williams, proceeding *pro se*, commenced the above-captioned action on August 8, 2017 against Defendants Nassau County Correctional Center and Sheriff Sposato. (Compl. 1, Docket Entry No. 1.) Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 alleging that during his incarceration, Defendants failed to properly monitor him causing other inmates to attack him. (*Id.*) By report and recommendation dated November 22, 2019, Magistrate Judge Sanket J. Bulsara *sua sponte* recommended that the Court dismiss the action with prejudice pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure for failure to prosecute because Plaintiff has "repeatedly failed to appear at pretrial conferences and failed to comply with multiple [c]ourt orders" (the "R&R"). (R&R 4, Docket Entry No. 23.)

      No party has objected to the R&R and the time for doing so has passed.

      A district court reviewing a magistrate judge's recommended ruling "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "Where parties receive clear notice of the consequences, failure to timely object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision." *Smith v. Campbell*, 782 F.3d 93, 102 (2d Cir. 2015) (quoting *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002)); *see also Almonte v. Suffolk Cnty.*, 531 F. App'x 107, 109 (2d Cir. 2013) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point." (quoting *Cephas v. Nash*, 328 F.3d 98, 107 (2d Cir. 2003))); *Sepe v. N.Y. State Ins. Fund*, 466 F. App'x 49, 50 (2d Cir. 2012); *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.*, 596 F.3d 84, 92 (2d Cir. 2010) ("[A] party waives appellate review of a decision in a magistrate judge's [r]eport and [r]ecommendation if

the party fails to file timely objections designating the particular issue.").

The Court has reviewed the unopposed R&R and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1) and dismisses the action with prejudice pursuant to Rules 37(b)(2)(A)(v) and 41(b). The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the address of record and close the case.

Dated: October 8, 2020
      Brooklyn, New York

SO ORDERED:

_____s/ MKB_____
MARGO K. BRODIE
United States District Judge

2